**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8392**

_____

SULYAMAN AL ISLAM SALAAM, a/k/a Alexander Bell,

Plaintiff - Appellant,

v.

CYNTHIA TAYLOR, Department of Social Services; SHERIFF LEON
LOTT, Richland County Sheriff Department; YASMIN NYISHAMA WA
SALAAM,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  G. Ross Anderson, Jr., District
Judge.  (9:08-cv-02908-GRA)

_____

Submitted:  March 30, 2009        Decided:  April 7, 2009

_____

Before MICHAEL, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sulyaman Al Islam Salaam, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sulyaman Al Islam Salaam appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Salaam v. Taylor, No. 9:08-cv-02908-GRA (D.S.C. Oct. 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED